## H. M. WOMACK ET AL V. PARIS GROCER COMPANY.

Application No. 23791.  Decided February 3, 1943.
Rehearing overruled March 3, 1943.
(168 S. W., 2d Series, 645.)

*Moore & Moore* and *W. F. Moore,* all of Paris, for petitioners

*O. B. Fisher* and *Long & Wortham,* all of Paris, and *J. E. Brown,* of Brady, for respondent.

PER CURIAM:

This application for writ of error is refused. We are of the opinion that the judgment was abstracted and indexed in strict compliance with Article 5448, R. C. S. 1925.

Opinion delivered February 3, 1943.

Rehearing overruled March 3, 1943.